## FORTUNATO DA COSTA v.
## M. & M. NERO CONSTRUCTION CO.

November 1, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. WILLIAM JACOBS.

November 1, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. RAYMOND P. KORDJA.

November 1, 1976. Petition for certification denied.

## STATE OF NEW JERSEY v. PAUL ELLIS.

November 7, 1976. Petition for certification denied.

## IN THE MATTER OF PUBLIC HEARINGS ON THE AMENDED DETERMINATION OF THE COMMUTER OPERATING AGENCY FOR FISCAL YEAR 1975–76.

November 9, 1976. Petition for certification denied.

## IN THE MATTER OF PUBLIC HEARINGS ON THE AMENDED DETERMINATION OF THE COMMUTER OPERATING AGENCY FOR FISCAL YEAR 1975–76.

November 9, 1976. Cross-Petition for certification denied.